**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2820

DARYL D. KEMP,

Plaintiff - Appellant,

versus

CITY OF NORFOLK DEPARTMENT OF WASTE WATER
MANAGEMENT,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-98-420-2)

Submitted: March 11, 1999          Decided: March 17, 1999

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daryl D. Kemp, Appellant Pro Se. Harold Phillip Juren, Deputy City Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daryl D. Kemp appeals the district court's order dismissing his action alleging employment discrimination under the Americans with Disabilities Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kemp v. City of Norfolk, No. CA-98-420-2 (E.D. Va. Nov. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED